IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,** : | |
| **Plaintiff** : | |
| : | No. 1:18-cv-01225 |
| v. : | |
| : | (Judge Kane) |
| **WEI HO,** : | |
| **Defendant** : | |

# ORDER

**AND NOW**, on this 17th day of July 2019, default having been entered against Defendant Wei Ho ("Defendant"), and upon consideration of Plaintiff Malibu Media, LLC ("Plaintiff")'s motion for default judgment (Doc. No. 21) and the supporting documents filed in connection therewith, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 21) is **GRANTED AS FOLLOWS**:

    a. The Clerk of Court is directed to enter default judgment in favor of Plaintiff and against Defendant;

    b. Plaintiff is **AWARDED** $7,500.00 in statutory damages for Defendant's ten (10) infringements of Plaintiff's copyrighted works (the "Works") alleged in the amended complaint pursuant to 17 U.S.C. § 504(c)(1) ($750.00 per infringement), plus post-judgment interest at the current legal rate pursuant to 28 U.S.C. § 1961;

    c. Defendant is **PERMANENTLY ENJOINED** from directly, contributorily, or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff;

    d. Defendant is **ORDERED TO DESTROY** all copies of Plaintiff's Works that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and **SHALL DESTROY** all copies of the Works transferred onto any physical medium or device in Defendant's possession, custody, or control;

e. Plaintiff is **AWARDED** costs incurred in the above-captioned action in the amount of $745.79 pursuant to 17 U.S.C. § 505, plus post-judgment interest at the current legal rate pursuant to 28 U.S.C. § 1961; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
